Floyd J. Stoner, Appellee, v. Herbert H. Stoner et al., Defendants. Herbert Stoner, Appellant.

Gen. No. 43,023.

opinion filed September 11, 1944. Eckhart, Klein, McSwain & Campbell, of Chicago, for appellant; Arnold D. McMahon, of Chicago, of counsel; Cohon & Goldstein, of Chicago, for appellee. Opinion by JUSTICE O'CONNOR. **Not to be published in full.**